DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

DONNA PICKTHALL
DIANE EAMES
21 Orinda Way, Suite G
Orinda, CA 94563
donnapickthall@gmail.com

*IN PRO PER*

**GRANTED**

Judge Yvonne Gonzalez Rogers

11/7/2022

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **MERYL POMPONIO,** | Case No.: 4:21-cv-2766-YGR |
| Plaintiff, | **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| **LESLIE N. MORTIMER,** as an individual and doing business as "The UPS Store #2643", **THOMAS S. MORTIMER,** as an individual and doing business as "The UPS Store #2643", **DOUGLAS R. MEYER,** as an individual and doing business as "The UPS Store #2643", **DIANE PIKTHALL**, as an individual and doing business as "Genuine Goodness", **DONNA PIKTHALL**, as an individual and doing business as "Genuine Goodness", **CHARLES PHILLIPS, MARIE PHILLIPS,** and **DOES** 1-50, Inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, or self-representation, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Date:  October 26th, 2022                    /s/Daniel Malakauskas_____
                                             By: Daniel Malakauskas, of,
                                             MALAKAUSKAS LAW, APC,
                                             Attorney for Plaintiff

Date:  October 26th, 2022                    /s/Donna Pickthall_____
                                             By: Donna Pickthall, Defendant, In Pro
                                             Per

Date:  October 26th, 2022                    /s/Diane Eames_____
                                             By: Diane Eames, Defendant, In Pro Per